UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| **Wilmington Trust, NA, successor trustee to Citibank, N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-2, Asset-Backed Certificates, Series 2007-2** | **CIVIL ACTION NO: 2:16-cv-00555** |
|  | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS TO PHUN IM A/K/A PHUM IM, YOHN DONG, DISCOVER BANK AND WACHOVIA DEALER SERVICES INC.** |
| **Plaintiff** |  |
| vs. | RE:<br>**193 Warren Avenue, Portland, ME 04103** |
| **Phun Im a/k/a Phum Im and Yohn Dong**<br>**Discover Bank**<br>**Defendants** | Mortgage:<br>08/25/2003<br>Book 20138, Page 95 |
| **Wachovia Dealer Services Inc.**<br>**Party-In-Interest** |  |

NOW COMES the Plaintiff, Wilmington Trust, NA, successor trustee to Citibank, N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-2, Asset-Backed Certificates, Series 2007-2 (hereinafter "Wilmington Trust, NA"), pursuant to Fed.R.Civ. P.55(a) and hereby moves for Default, following service, as to Defendants, Phun Im a/k/a Phum Im, Yohn Dong and Discover Bank, and Party-in-Interest, Wachovia Dealer Services Inc., since said Parties have neither answered nor otherwise appeared in this matter.  As grounds therefore, Plaintiff states the following:

1. Plaintiff's Complaint was filed on November 3, 2016.

2. Party-in-Interest, Wachovia Dealer Services Inc., was served with the subject complaint on November 8, 2016.

3. As of this date, Party-in-Interest, Wachovia Dealer Services Inc., has not answered or otherwise appeared in this matter.

4. Defendant, Discover Bank, was served with the subject complaint on November 9, 2016.

5. As of this date, Defendant, Discover Bank, has not answered or otherwise appeared in this matter.

6. Defendant, Phun Im a/k/a Phum Im, Yohn Dong, was served with the subject complaint on November 17, 2016.

7. As of this date, Defendant, Phun Im, has not answered or otherwise appeared in this matter.

8. Defendant Yohn Dong, was served with the subject complaint on November 17, 2016.

9. As of this date, Defendant, Yohn Dong, has not answered or otherwise appeared in this matter.

10. Proofs of Service for all parties were filed on November 17, 2016.

11. The said Parties are not in the military.

12. Plaintiff has brought this action to address six counts entitling it to various forms of relief including Foreclosure, Breach of Note, Breach of Contract, Money Had and Received, Quantum Meruit, and Unjust Enrichment.

13. By failing to appear in this matter, entry of default in favor of Plaintiff, pursuant to Fed.R.Civ.P Rule 55(a) is proper against Parties .

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter default as against Defendants, Phun Im a/k/a Phum Im, Yohn Dong and Discover Bank, and Party-in-Interest, Wachovia Dealer Services Inc.

DATED: December 29, 2016

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No.: 3250
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center
Suite 225D
Beverly, MA 01915

## CERTIFICATE OF SERVICE

      I, John A. Doonan, Esq. hereby certify that on December 29, 2016 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

      /s/John A. Doonan, Esq.
      John A. Doonan, Esq., Bar No.: 3250

Yohn Dong
193 Warren Avenue
Portland, ME 04103

Phun Im a/k/a Phum Im
193 Warren Avenue
Portland, ME 04103

Discover Bank
502 East Market Street
Greenwood, DE 19950

Wachovia Dealer Services, Inc.
C/o Agent: Corporation Service Company
45 Memorial Circle
Augusta, ME 04330